

**FILED**

SEP -6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00516-JF |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER OF THE COURT EXCLUDING TIME** |
| ANTONIO LOZA-LOZANO, | ) | |
| Defendant. | ) | |

The above-captioned case came before the court on Friday, September 2, 2005 at 9:30 a.m. for initial appearance and arraignment. The defendant was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

Upon request of the defendant and the government, the court hereby sets this case for initial appearance in district court before the Honorable Jeremy Fogel to take place on Thursday, September 15, 2005 at 9:00 a.m.

**ORDER CR 05-00516-JF**

Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from September 2, 2005 through and including September 15, 2005, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need of counsel for the defendant to review voluminous discovery in this case that was recently provided to her by the government and to afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED: 9/6/05

RICHARD SEEBORG
United States Magistrate Judge

Copies to be served on:

John N. Glang, AUSA
U.S. Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Michelle Spencer
331 Soquel Avenue, Suite 208
Santa Cruz, CA 95062