FILED

MAR 23 2006

CLERK
NORTHERN ... FORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO LOZA-LOZANO, et al.<br><br>　　　　　Defendants | ) Case No. CR05-00516 JF (RS)<br>)<br>) [PROPOSED] ORDER DIRECTING<br>) SANTA CLARA COUNTY JAIL<br>) TO PERMIT ANTONIO LOZA-LOZANO<br>) ACCESS TO AUDIO TAPES AND JAIL<br>) APPROVED TAPE LISTENING<br>) DEVICE |

Upon the ex parte application of the defendant ANTONIO LOZA-LOZANO and good cause appearing therefore,

IT IS HEREBY ORDERED that the Santa Clara County Jail shall permit ANTONIO LOZA-LOZANO, Booking #04044178, currently housed at CTG 333 of the main jail in San Jose to possess and use a portable audio cassette listening device without radio or recording capabilities and with approved earphones, necessary batteries and up to 12 audio cassette tapes provided by the United States government in the discovery package of this case.

DATED: 3/23/06

HON. RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

- 1 -