**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:   (408) 246-5500
Facsimile:   (408) 246-1051

Attorneys for Defendant
**ANTONIO LOZANO**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANTONIO LOZA-LOZANO, et al., ) <br> ) <br> Defendant. ) <br> ) | NO: CR-05-00516 (JF) <br><br> **ORDER OF COURT** |

Good Cause Being Shown,

IT IS HEREBY ORDERED that the Santa Clara County Department of Corrections permit defendant Antonio Loza-Lozano (booking number: 04044178) access to audio visual equipment provided by counsel or Department of Corrections in order to listen and view video and audio tapes made by law enforcement in connection with this case.

Dated: 1/12/07

_____
MAGISTRATE JUDGE
PATRICIA TRUMBULL

**ORDER OF COURT**                           1